LABORDE<br><em>v.</em><br>NEW ORLEANS.

---

## J. B. ALEXANDER *v.* THOMAS HUNDLEY.

When in a redhibitory action, it was shown that the slave died of a chronic diarrhœa, held that the apparent illness of the slave at the time of the sale, without any declaration by the vendor, of the nature of the illness, did not bring the case within the meaning of Art. 2497 of the Code, as to apparent defects.

APPEAL from the Second District Court of New Orleans, *Morgan*, J.

*Geo. W. Helm*, for plaintiff. *Mott & Fraser*, for defendant and appellant.

BUCHANAN, J. Defendant relies upon the Article 2497 C. C.

" Apparent defects, that is to say, such as the buyer might have discovered by simple inspection, are not among the number of redhibitory vices."

But the disease of which the slave *Lewis* is proved to have died (chronic diarrhœa), does not come within the definition of apparent defects contained in this Article. The boy was apparently ill at the time of the sale ; but no declaration is proved to have been made by defendant to plaintiff in relation to the nature of the slave's illness which might have exonerated the defendant from liability to restore the price, under Article 2498.

Judgment affirmed, with costs.